UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of the Search of )<br>)<br>Property described as a black Samsung )<br>Cellular telephone, a black LG V20 )<br>Cellular telephone and a black Dell )<br>Tablet Model Venue 8 Pro ) | Case No. 3:19-mj-080 |

### UNITED STATES' MOTION TO UNSEAL

Comes now Clifford D. Johnson, United States Attorney for the Northern District of Indiana, and by John M. Maciejczyk, Assistant United States Attorney, and submits the following motion:

1. This case was sealed when it was originally signed on August 7, 2019.

2. The government wishes to cite to a portion of the application for the search warrant in the currently pending appeal in this matter in the Seventh Circuit, United States v. Kenneth Hyatt, No. 21-1212.

WHEREFORE, the government requests that the Court unseal the case.

Dated: October 28, 2021

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By: _____
John M. Maciejczyk
Assistant United States Attorney
204 S. Main Street, Room M01
South Bend, Indiana 46601
Telephone: (574) 236-8287
Email: john.maciejczyk@usdoj.gov

1